IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY, JR.                                                                                         PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:20-CV-170-SA-DAS

NORTH MISSISSIPPI MEDICAL CENTER                                                          DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On November 9, 2020, Magistrate Judge Sanders entered a Report and Recommendation [4] in this cause. In doing so, Magistrate Judge Sanders recommended that Curry's application to proceed *in forma pauperis* be denied and the action be "dismissed (1) for lack of subject-matter jurisdiction, (2) for failure to assert any claim upon which relief may be granted, and (3) because the plaintiff has been found by this court to have abused his in forma pauperis privileges and is prohibited from proceeding as a pauper in any future case or appeals under the 'three strikes' provision of 28 U.S.C. § 1915(g) without prior permission." [4, p. 1]. Despite being advised of his ability to file an Objection to the Report and Recommendation within fourteen (14) days, the Plaintiff has not filed any such Objection, and the deadline to do so has now passed.

Where no objections to a Report and Recommendation are filed, the Court "need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the Report and Recommendation and finds it to be well-reasoned and that there is no plain error.

The Court ADOPTS IN FULL the Report and Recommendation [4]. The Plaintiff's claims are hereby dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 3rd day of December, 2020.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE